**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

CHARLES LINDSEY, ADC #131529                                                                    PLAINTIFF

v.                                         No. 4:16CV00783 JLH/JTR

JOHN RANDALL, Jail Administrator;
and SCOTT HUFFMAN, Lieutenant,
Faulkner County Detention Center                                                                DEFENDANTS

**ORDER**

The Court has reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Lindsey's challenge to the validity of his parole revocation is dismissed without prejudice.

2. Lindsey may proceed with his First Amendment claim against Randall and Huffman.

3. The Clerk is directed to prepare a summons for Randall and Huffman. The U.S. Marshal is directed to serve the summons, complaint, amended complaint, and this Order on them without prepayment of fees and costs or security therefor. If either defendant is no longer a Faulkner County employee, the individual responding to service must file a **sealed** statement providing the unserved defendant's last known private mailing address.

4. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

DATED this 20th day of January, 2017.

_____
UNITED STATES DISTRICT JUDGE